## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ANDREA SAMAYOA and MARLO HARRIS, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>BUCKHEAD LIFE RESTAURANT GROUP, INC.; PANO KARATASSOS; and NIKO KARATASSOS,<br><br>Defendants. | CIVIL ACTION NO.<br>1:18-CV-00237-WMR |

## JOINT MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE

Named Plaintiffs Andrea Samayoa and Marlo Harris and Defendants Buckhead Life Restaurant Group, Inc., Pano Karatassos, and Niko Karatassos (collectively, the "Parties"), by and through their undersigned counsel, jointly move that the Court approve the Parties' settlement in accordance with applicable law and dismiss this matter with prejudice. In support of this Motion, the Parties submit the accompanying Memorandum of Law and incorporate it herein by reference.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and enter the Proposed Order: (1) approving the Parties' settlement agreement; (2) dismissing this action with prejudice; and (3) retaining jurisdiction over this case to enforce the Parties' settlement agreement.

Respectfully submitted: September 9, 2019.

/s/ Dustin L. Crawford
Dustin L. Crawford
Georgia Bar No. 758916
Parks Chesin & Walbert P.C.
75 14th Street 26th Floor
Atlanta, Georgia 30309
Phone: 404-873-8000
Fax: 404-873-8050
dcrawford@pcwlawfirm.com
Counsel for Plaintiffs

/s/ Matthew T. Gomes
Matthew T. Gomes
Georgia Bar No. 297453
mgomes@wwhgd.com
Weinberg, Wheeler,
Hudgins, Gunn & Dial, LLC
3344 Peachtree Street N.E.
Suite 2400
Atlanta, Georgia 30326
Phone: 404-876-2700
Fax: 404875-9433
Counsel for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ANDREA SAMAYOA and MARLO HARRIS, *on behalf of themselves and others similarly situated*,<br><br>      Plaintiffs,<br><br>v.<br><br>BUCKHEAD LIFE RESTAURANT GROUP, INC.; PANO KARATASSOS and NIKO KRATASSOS,<br><br>      Defendants. | CIVIL ACTION NO.<br>1:18-CV-00237-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I filed the proceeding **JOINT MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE** through the Court's ECF filing system which will automatically provide notice of this filing to all counsel of record.

Submitted: September 9, 2019

*/s/ Dustin L. Crawford*
Dustin L. Crawford
Ga. Bar No. 758916