**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ANDREA SAMAYOA and MARLO HARRIS, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>BUCKHEAD LIFE RESTAURANT GROUP, INC.; PANO KARATASSOS, and NIKO KARATASSOS,<br><br>Defendants. | CIVIL ACTION NO.<br>1:18-CV-00237-WMR |

## ORDER APPROVING FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

Upon consideration of the Parties' Joint Motion for Approval of FLSA Collective Action Settlement and Dismissal of Case with Prejudice ("Joint Motion"), the Court hereby GRANTS the Joint Motion and approves the settlement between the Parties based on the following findings:

1. The Court has sufficient information to conclude that the settlement represents a fair, reasonable and adequate resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*.

2.   The Court finds that the settlement was the product of arms' length negotiations between counsel for the Parties.

WHEREFORE, the Court hereby ORDERS that the Joint Motion be and is GRANTED; the settlement is APPROVED; and the claims of Plaintiff and all Opt-In Plaintiffs are DISMISSED WITH PREJUDICE. The Parties will bear costs and fees in accordance with the terms of the Parties' settlement. The Clerk of Court is directed to terminate this case in its records. The parties may petition the Court to reopen the case to enforce the terms of the Parties' settlement, if necessary.

So ordered this 9th day of September, 2019.

*William M. Ray II*
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE